Marianne Dugan, OSB # 93256
259 E. 5th Ave., Ste 200-D
Eugene, OR 97401
(541) 338-7072
Fax no. (866) 650-5213
Internet e-mail address mdugan@mdugan.com
    Attorney for Plaintiff

Karen M. Vickers, OSB # 91381
Mersereau & Shannon, LLP
One SW Columbia Street, Suite 1600
Portland, OR 97258-2089
(503) 226-6400
Fax no. (503) 226-0383
Internet e-mail address kvickers@mershanlaw.com
    Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

**ALEX PARRA** a minor, through his parents
and legal guardians, Leslie Parra and Hector Parra,
and his *guardian ad litem*, Leslie Parra,

    Plaintiff,

v.

**PHILOMATH SCHOOL DISTRICT # 17J**, an Oregon
political subdivision; **PETER TUANA,** individually and
in his official capacity as Superintendent of Philomath
School District # 17J; **MICHAEL LYNCH**, Head Soccer
Coach for Philomath School District # 17J; **JON
BARTLOW**, Assistant Principal and Athletic Director
for Philomath School District # 17J; **MR. BARNETT**,
Assistant Soccer Coach for Philomath School District #
17J; **MICHAEL CROCKER,** Teacher at Philomath
School District # 17J; **MR. GRUBE**, J.V. Soccer Coach
for Philomath School District # 17J,

    Defendants.

Case No. 07-6017-HO

STIPULATION OF DISMISSAL

STIPULATION OF DISMISSAL - PAGE 1

Pursuant to Fed. R. Civ. Proc. 41(a)(1), the parties to this action hereby stipulate that this action is dismissed with prejudice and without costs.

Pursuant to L.R. 100.6(d)(2), the parties state that counsel for all parties consent and stipulate to this dismissal, and have consented and stipulated to their electronic signatures being placed on this document.

Signed December 11, 2007.

| /s/ Marianne Dugan | /s/ Karen Vickers |
|---|---|
| Marianne Dugan, OSB # 93256 | Karen M. Vickers, OSB # 91381 |
| Attorney for Plaintiff | Mersereau & Shannon, LLP |
| | Attorney for Defendants |

IT IS SO ORDERED:

Dated: December __/2__, 2007.

_____
United States District Judge

STIPULATION OF DISMISSAL - PAGE 2